Andrea E. Celli
Chapter 13 Standing Trustee

To:  Dominic Bucciero                                      Case No. 14-10015
     Lori Bucciero
     33B Fairway Dr.
     Mechanicville, NY  12118

     RICHARD CROAK & ASSOC.
     314 GREAT OAKS BLVD
     ALBANY, NY  12203
     Via Electronic Service

### NOTICE OF CLAIMS FILED

The following is a list of all claims filed by creditors in the above referenced Chapter 13 Bankruptcy Case.  A copy of this report has been sent to the Debtor and the Debtor's attorney.

Pursuant to 11 U.S.C. 502(a), the claims are deemed allowed and payment will be remitted to each creditor based on the filed claim amounts unless within 45 days of this Notice, the Debtor or their attorney files a written Objection with the Court AND provides a copy of the objection to the Trustee. All Objections must be in writing and in compliance with Bankruptcy Rule 9014 which requires NOTICE OF MOTION and Motion Objecting to the Claim.

| Name/Acct. No. | Type | Claim Amount | Interest Rate |
|---|---|---|---|
| RICHARD CROAK & ASSOC. | ATTORNEY FEE | 3,980.00 | 0.00 |
| OAKWOOD VENTURES, LLC | JUDGMENT/SECURED | 65,656.26 | 0.00 |
| AFNI, INC.<br>7794 | UNSECURED | 94.57 | 0.00 |
| CAPITAL ONE<br>0604 | UNSECURED | 0.00 | 0.00 |
| CAPITAL ONE<br>9203 | UNSECURED | 0.00 | 0.00 |
| CREDIT COLLECTIONS USA, LLC | UNSECURED | 0.00 | 0.00 |
| CHASE<br>9156 | UNSECURED | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS AGENT<br>7294 | UNSECURED | 8,065.68 | 0.00 |
| FORD MOTOR CR | UNSECURED | 0.00 | 0.00 |
| GANZ WOLKENBREIT & SIEGFELD | UNSECURED | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | UNSECURED | 274.23 | 0.00 |

| Name/Acct. No. | Type | Claim Amount | Interest Rate |
|---|---|---|---|
| 7865 | | | |
| LVNV FUNDING, LLC<br>9104 | UNSECURED | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS AGENT<br>0226 | UNSECURED | 6,431.03 | 0.00 |
| AMERICAN INFOSOURCE LP AS AGENT<br>1985 | UNSECURED | 4,554.59 | 0.00 |
| MIDLAND FUNDING LLC<br>2367 | UNSECURED | 0.00 | 0.00 |
| MIDLAND FUNDING LLC<br>7294 | UNSECURED | 0.00 | 0.00 |
| NATIONAL GRID<br>1252 | UNSECURED | 4,592.32 | 0.00 |
| LVNV FUNDING LLC , ASSIGNEE<br>9104 | UNSECURED | 3,533.23 | 0.00 |
| NYS DEPT OF LABOR<br>0749 | UNSECURED | 0.00 | 0.00 |
| OAKWOOD VENTURES, LLC | UNSECURED | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>1057 | UNSECURED | 586.68 | 0.00 |
| RELIABLE BROTHERS, INC.<br>0104 | UNSECURED | 13,370.89 | 0.00 |
| S.L.M.C. ACQUISITIONS, LLC<br>7369 | UNSECURED | 12,663.32 | 0.00 |
| TCAR COLLECTIONS SERV<br>1139 | UNSECURED | 0.00 | 0.00 |
| US FOODS<br>9513 | UNSECURED | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>2651 | UNSECURED | 1,161.74 | 0.00 |
| LVNV FUNDING LLC , ASSIGNEE NCOP CAPITAL II, LLC<br>3165 | UNSECURED | 1,077.66 | 0.00 |
| CAVALRY INVESTMENTS, LLC  ASSIGNEE AMERICREDIT | UNSECURED | 8,182.02 | 0.00 |

Page 3 of 4

| Name/Acct. No. | Type | Claim Amount | Interest Rate |
|---|---|---|---|
| 3013 | | | |
| CAVALRY INVESTMENTS, LLC ASSIGNEE ARCADIA 3856 | UNSECURED | 7,375.14 | 0.00 |

TOTALS

| | | | |
|---|---|---|---|
| Total Priority: | $0.00 | | |
| Total Secured: | $65,656.26 | | |
| Total Unsecured: | $71,963.10 | Toal Claims Filed | $137,619.36 |

SUMMARY OF PLAN TERMS

Debtor's plan payments   $125.00/ monthly for 60 months

Minimum amounts required for plan completion:

| | |
|---|---|
| Minimum percentage for unsecured creditors | 2.00% |
| Disposable Income: | $- |
| Liquidation: | $0.00 |

Date:  11/20/2014          Signed:  /s/ Katie Robbins

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:  Dominic Bucciero | **AFFIDAVIT OF SERVICE** |
| Lori Bucciero | Case No.: 14-10015 |
| Debtors | |

KATIE ROBBINS, BEING DULY SWORN, DEPOSES AND SAYS: THAT SHE IS OVER THE AGE OF 18 YEARS; THAT SHE SERVED A COPY OF **NOTICE OF CLAIMS FILED** DATED NOVEMBER 20, 2014 ON THE FOLLOWING MANNERS: ON NOVEMBER 20, 2014.

**VIA ELECTRONIC FILING:**

Office of the United States Trustee
74 Chapel Street
Albany, NY  12207

RICHARD CROAK & ASSOC.
314 GREAT OAKS BLVD
ALBANY, NY  12203

**VIA REGULAR U.S. MAIL**

Dominic Bucciero
Lori Bucciero
33B Fairway Dr.
Mechanicville, NY  12118

BY DEPOSTING A TRUE AND CORRECT COPY OF THE SAME PROPERLY ENCLOSED IN A POST-PAID WRAPPER IN THE OFFICIAL DEPOSITORY MAINTAINED AT 7 SOUTHWOODS PLAZA, ALBANY, NEW YORK DIRECTED TO SAID PERSON(S), AT SAID ADDRESSES.

/s/ KATIE ROBBINS
KATIE ROBBINS

Sworn before me this
20th day of November, 2014

/s/ Valerie Cesare
Reg. # 01CE6241774
Notary Public - State of NY
Qualified in Schenectady County
My Comission Expires 05/23/2015